**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-6114**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BRIAN DAVID HILL,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Thomas T. Cullen, District Judge.  (4:20-cr-00027-TTC-1)

———————————

Submitted:  August 28, 2025                        Decided:  September 3, 2025

———————————

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Brian David Hill, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian David Hill seeks to appeal the district court's order denying his motion to substitute counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Hill seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*